UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEWAYNE PITTMAN,<br>    Plaintiff,<br>  v.<br>ROBERT DAVID REES, et al.,<br>    Defendants. | Case No. 22-cv-07143-JSW<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate in the Santa Rita County Jail, has filed a pro se civil rights action against the United States Attorney General, several Assistant United States Attorneys, and officials in the United States Marshal's Service and Bureau of Prisons seeking placement in the federal witness protection program. This complaint is duplicative of the allegations and request for relief in a motion now pending in another civil rights action in which Plaintiff seeks placement in a federal witness protection program. *See Pittman v. Federal Bureau of Investigation, et al.*, No. C 22-3806 VKD (PR) (ECF No. 20).

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). In its review the court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. *Id*. at 1915A(b)(1). As the complaint repeats claims that are pending in another case, even though brought against different defendants, it be considered frivolous and dismissed. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (a complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (same, even if the latter complaint is brought against different defendants); *Van Meter v.*

1  *Morgan*, 518 F.2d 366, 368 (8th Cir. 1975); *Ballentine v. Crawford*, 563 F. Supp. 627, 629 (N.D.
2  Ind. 1983).
3     Accordingly, the instant action is DISMISSED under Section 1915A(a).  The Clerk shall
4  enter judgment and close the file.
5     **IT IS SO ORDERED.**
6  Dated: November 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2